Dismissed and Memorandum Opinion filed October 28, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00835-CV

____________

 

FREDTRENA CLAUDETTE ADAMS, Appellant

 

V.

 

RELIANT ENERGY RETAIL SERVICES, LLC, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 955582

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 21, 2010.  On October 14, 2010, appellant
filed a motion to dismiss the appeal because the trial court granted a new
trial, rendering this appeal moot.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Sullivan.